[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 17-13756
Non-Argument Calendar
_____

D.C. Docket No. 9:05-cr-80121-JIC-1

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

LINCOLN MOODY,
aka Rateek Allah,

Defendant - Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida
_____

(July 10, 2018)

Before WILLIAM PRYOR, HULL and JULIE CARNES, Circuit Judges.

PER CURIAM:

Rateek Allah, formerly known as Lincoln Moody, appeals *pro se* the denial of his motion for compassionate release. The district court ruled that it "lack[ed] jurisdiction to consider the [m]otion," and Allah does not challenge that ruling. As the district court explained, a "court may not modify a term of imprisonment once it has been imposed" based on the health of a prisoner unless the request is made "upon motion of the Director of the Bureau of Prisons." 18 U.S.C. § 3582(c)(1)(A). We affirm, but we remand for the limited purpose of allowing the district court to modify its order to reflect that Allah's motion is dismissed for lack of jurisdiction.

**AFFIRMED WITH INSTRUCTIONS TO MODIFY THE JUDGMENT.**